UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEREDITH GOETTE, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>APPLE, INC., et al., )<br>)<br>    Defendants. ) | Case No.   4:09CV1480 FRB |

## ORDER

**IT IS HEREBY ORDERED** that defendants' Unopposed Motion to Stay Proceedings Pending MDL Ruling [Doc. #16] is **GRANTED.**

**IT IS FURTHER ORDERED** that defendants' Consent Motion for Extension of Time [Doc. #22] is **GRANTED**.

**IT IS FURTHER ORDERED** that this cause is hereby stayed pending a ruling by the Judicial Panel on Multidistrict Litigation (MDL) on defendant AT&T Mobility LLC's motion to transfer six actions, as well as additional potential tag-along actions – including this case, for MDL consideration.

**IT IS FURTHER ORDERED** that defendants shall answer or otherwise respond to plaintiff's Second Amended Petition within twenty (20) days after the expiration of the stay imposed in this cause.

*/s/ Frederick R. Buckles*
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE

Dated this *14th* day of October, 2009.